IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                CASE NO. 4:07cr00272-01 JMM

KENNETH SIMS
USM Number: 24882-009

## AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment and commitment entered in this case on September 28, 2011 (DE #199), is amended. The judgment failed to include as a special condition of supervised release that Defendant shall be placed in a residential re-entry center the first six (6) months of supervised release. The Defendant's schedule of payments as to the restitution is as follows: During residential re-entry placement and continuing through the remainder of supervised release, payments will be 10 percent of Defendant's gross monthly income. The interest is waived pursuant to 18 U.S.C. § 3612.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office, the United States Marshals Office and the Financial Section of the Clerk's Office.

IT IS SO ORDERED this 8th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE